| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| WESTERN DISTRICT OF PENNSYLVANIA |
| Case number *(if known)* _____   Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Everest Lending Group, LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
83-3502520

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 275 Curry Hollow Road, 230<br>Pittsburgh, PA 15236 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Allegheny | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**  
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

| Debtor | **Everest Lending Group, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5222__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | |
|---|---|---|---|
| District | _____ When _____ | Case number | _____ |
| District | _____ When _____ | Case number | _____ |

Debtor  **Everest Lending Group, LLC** _____    Case number (*if known*) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
     Contact name _____
     Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor **Everest Lending Group, LLC** _____ Case number (*if known*)_____
Name

| | |  |  |
|---|---|---|---|
| | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Everest Lending Group, LLC**     Case number (*if known*) _____
      Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 26, 2024**
                  MM / DD / YYYY

**X /s/ Art Patel**                                          **Art Patel**
Signature of authorized representative of debtor       Printed name

Title    **President**

**18. Signature of attorney**

**X /s/ Brian C. Thompson, Esquire**            Date **April 26, 2024**
Signature of attorney for debtor                                MM / DD / YYYY

**Brian C. Thompson, Esquire PA-91197**
Printed name

**Thompson Law Group, P.C.**
Firm name

**301 Smith Drive**
**Suite 6**
**Cranberry Twp, PA 16066**
Number, Street, City, State & ZIP Code

Contact phone    **724-799-8404**       Email address    **bthompson@thompsonattorney.com**

**PA-91197 PA**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Everest Lending Group, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF PENNSYLVANIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders         12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| .LESS THAN 20 UNSECURED CREDITORS | | | | | | $0.00 |
| Art Patel<br>275 Curry Hollow Road<br>Suite 230<br>Pittsburgh, PA 15236 | | | | | | $0.00 |
| BG50 Properties, LLC<br>848 W. North Avenue<br>Pittsburgh, PA 15233 | | rent | | | | $46,000.00 |
| Brothers Lazer Service, Inc.<br>472 Coolspring Street<br>Uniontown, PA 15401 | | Supplies | | | | $26.50 |
| Docusign<br>999 3rd Avenue<br>Ste 1700<br>Seattle, WA 98104 | | | | | | $3,500.00 |
| Kreiner / Burns<br>Seth Kreiner, Esquire<br>307 Bloomfield Avenue<br>Caldwell, NJ 07006 | | | | | | $1,800.00 |
| Microsoft Corporation<br>910 River Avenue<br>Pittsburgh, PA 15212 | | email services | | | | $200.00 |

Debtor **Everest Lending Group, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim <br> If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Patel Tax & Accounting Services** <br> 30 S Doughty Avenue <br> Suite 2 <br> Somerville, NJ 08876 | | **Tax prep** | | | | $1,500.00 |
| **PNC Bank** <br> 2730 Liberty Avenue <br> Pittsburgh, PA 15222 | | **Credit Card** | | | | $9,800.00 |
| **PNC Bank** <br> 2730 Liberty Avenue <br> Pittsburgh, PA 15222 | | **PPP loan payment** | | | | $6,500.00 |
| **Princeton Mortgage Corporation** <br> 439 Grand Avenue <br> Ewing, NJ 08628 | | | | $16,955.00 | $0.00 | $16,955.00 |
| **Right Hand Technology Group, Inc** <br> 2400 Ansys Drive <br> Suite 102 <br> Canonsburg, PA 15317 | | **Technology services** | | | | $32,000.00 |
| **Rocket Mortgage** <br> 1050 Woodward Avenue <br> Detroit, MI 48226 | | | **Disputed** | $500,000.00 | $0.00 | $500,000.00 |
| **Sartesky Hart Michaels & Gould PC** <br> 995 South Eton <br> Birmingham, MI 48009 | | **Counsel fees** | | | | $50,000.00 |
| **Slate Ridge Real Estate, LLC** <br> 7610 Slate ridge Blvd <br> Reynoldsburg, OH 43068 | | **Rent** | | | | $48,000.00 |
| **Strategic Compliance Partners, LLC** <br> 8171 Maple Lawn Blvd <br> Suite 200 <br> Fulton, MD 20759 | | **Compliance solution** | | | | $2,400.00 |

Debtor **Everest Lending Group, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Verizon**<br>**PO Box 15124**<br>**Albany, NY 12212** | | **Internet services** | | | | $250.00 |
| **Xactus**<br>**370 Reed road**<br>**Suite 100**<br>**Broomall, PA 19008** | | **Credit report pulls** | | | | $9,000.00 |

# United States Bankruptcy Court
## Western District of Pennsylvania

In re  **Everest Lending Group, LLC**                                               Case No.
Debtor(s)                                                                            Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Everest Lending Group, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 26, 2024**                                    **/s/ Brian C. Thompson, Esquire**
Date                                                  **Brian C. Thompson, Esquire PA-91197**
                                                      Signature of Attorney or Litigant
                                                      Counsel for  **Everest Lending Group, LLC**
                                                      **Thompson Law Group, P.C.**
                                                      **301 Smith Drive**
                                                      **Suite 6**
                                                      **Cranberry Twp, PA 16066**
                                                      **724-799-8404 Fax:724-799-8409**
                                                      **bthompson@thompsonattorney.com**